## PEOPLE v. CARLETON.

### No. 20,012; October 2, 1884.

4 Pac. 763.

**Burglary.—Evidence Held Insufficient** to justify the verdict.

**Criminal Law.—Where the Charge, Taken as a Whole, is as Favorable** as the circumstances required, the judgment will not be disturbed.

**Criminal Law—Examination of Defendant as Witness.—**Where questions put to the defendant when on the witness-stand elicited only favorable answers, and no attempt was made to contradict him, he could not have been prejudiced by such examination.

APPEAL from the Superior Court of the County of Santa Clara.

Defendant in this case was charged with burglary, and after trial convicted. An appeal from the judgment of the trial court was taken on the grounds stated in the opinion.

Lamar & Layson for appellant; J. H. Campbell for respondent.

By the COURT.—We think the evidence sufficient to justify the verdict. The charge, as a whole, seems to have been as favorable to the defendant as the circumstances required. The defendant's case could not have been prejudiced by the questions put to him, when on the witness-stand, by the district attorney. The answers were all favorable to the defendant, and no attempt was made to contradict him.

Judgment and order affirmed.